UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROSE MARIE BORJA,

    Defendant.

CASE NO. CR14-5295BHS

ORDER

This matter comes before the Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Defense counsel received discovery in this case on or about July 10, 2015, just one month in advance of the current trial date of August 11, 2015. The defense needs additional time to review discovery, conduct independent investigation, prepare pretrial motions and prepare for trial itself.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

3.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6.  Defendant waived speedy trial through November 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from August 11, 2015 to November 10, 2015 at 9:00 a.m.; Pretrial Conference is set for November 2, 2015, at 9:00 a.m.  Pretrial motions are due by October 1, 2015.  The resulting period of delay from August 5, 2015, to November 10, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 10th day of August, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2